# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Revocation of Probation or Supervised Release) |

**JOSE GUADALUPE RUVALCAVA-PEREZ**
a/k/a Teodoro Rodriguez Perez, Alvaro
Hernandez Hermosito, Alvaro Hernandez,
Andres Torrez, and Guadalupe Perez

Case Number: CR04-4049-1-DEO
USM Number: 10307-265

Robert Wichser
Defendant's Attorney

## THE DEFENDANT:

■ admitted guilt to violation of condition(s) __listed below__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Mandatory Condition | Illegally Possessing a Controlled Substance | 11/20/07 |
| Mandatory Condition | New Law Violation | 11/20/07 |
| Special Condition #1 | Failure to Obtain Permission of the Director of Homeland Security of his Designee before reentering the United States | 11/20/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 11, 2008
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Mark W. Bennett, U.S. District Court Judge
Name and Title of Judge

7/15/08
Date

DEFENDANT:      JOSE GUADALUPE RUVALCAVA-PEREZ
CASE NUMBER:    CR04-4049-1-MWB

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **24 months, to be served concurrently to the United States District Court sentence in Docket No. CR08-4016-1-MWB.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____.

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____.

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL